**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

NATALIE MILLER,                          )
                                         )    CASE NO. 4:17-cv-0032-RLY-TAB
                  Plaintiff,             )
                                         )
        v.                               )
                                         )
U.S. BANK NATIONAL ASSOCIATION,          )
                                         )
                  Defendant.             )

## <u>AGREED MOTION FOR PROTECTIVE ORDER</u>

U.S. Bank National Association., by counsel, with the agreement of Plaintiff, Natalie

Miller, by counsel, respectfully requests that this Court approve and enter the Uniform Stipulated

Protective Order attached hereto as Exhibit A.

FROST BROWN TODD LLC

By: */s/  Alexandra S. Oxyer*
     Heather L. Wilson, #20432-41
     Alexandra S. Oxyer, #32712-53
     *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of October, 2017, a copy of the foregoing was filed

electronically.   Notice of this filing will be sent to the following parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.

Charles W. Miller
Rheanne D. Falkner
Miller & Falkner
Waterfront Plaza, Suite 2104
325 W. Main Street
Louisville, KY 40202
cmiller@millerfalknerlaw.com
rfalkner@millerfalknerlaw.com


/s/  *Alexandra S. Oxyer*
Alexandra S. Oxyer


FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
hwilson@fbtlaw.com
aoxyer@fbtlaw.com


0100652.0646162   4840-5985-3130v1